# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL RIDDLE, JR., and MARY WATERS,

    Defendants.
_____/

Case Number: 09-20295

HON. MARIANNE O. BATTANI

## ORDER DENYING DEFENDANT MARY WATERS' MOTION TO WITHDRAW PLEA

This matter is before the Court on Defendant Mary Waters' Motion to Withdraw Plea (Doc. No. 113). Waters also asked the Court to set a hearing on her request.

Rule 11 of the Federal Rules of Criminal Procedure governs pleas. Rule 11(e) reads, "After the court imposes sentence, the defendant may not withdraw a plea of guilty. . .and the plea may be set aside only on direct appeal or collateral attack." FED. R. CRIM. P. 11(e).

Waters pleaded guilty to filing a fraudulent tax return on May 20, 2010, pursuant to a Rule 11 Plea Agreement. On October 6, 2010, the Court sentenced her to a one-year term of probation. The Judgment was filed October 7, 2010. Given the clear language of Rule 11(e), and the fact that this Court already had sentenced Waters when this motion was filed, the Court **DENIES** Waters' motion.

**IT IS SO ORDERED.**

                      s/Marianne O. Battani
                      MARIANNE O. BATTANI
                      UNITED STATES DISTRICT JUDGE

Dated: October 20, 2010

**CERTIFICATE OF SERVICE**

      Copies of this Order were served upon counsel of record and Mary Waters on this date by ordinary mail and electronic filing.

<u>s/Bernadette M. Thebolt</u>
Case Manager